IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DE'SEAN GREGORY,<br>    ID # 02408039,<br>        Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:25-CV-2527-N-BW |
| | § | |
| JOHN R. TEAKELL, et al.,<br>        Defendants. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Plaintiff's Application to Proceed In Forma Pauperis, received on November 6, 2025 (Dkt. No. 5), is **DENIED**.

The Plaintiff shall pay the $405.00 filing fee on or before January 9, 2026, or this action will be **DISMISSED** without prejudice and without further notice by separate judgment.

**SO ORDERED** this 15th day of January, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE